# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

JORFORY TWYMAN,
  Defendant.

CRIMINAL ACTION NO.: 3:26CR28
(MAGISTRATE JUDGE TRUMBLE)

### MOTION TO CONTINUE AND RESCHEDULE ARRAIGNMENT AND DETENTION HEARING

COMES NOW Jorfory Twyman, Defendant, by counsel, Tracy Weese, and moves to continue the arraignment and detention hearing scheduled for June 8, 2026 at 10:00 a.m.  Counsel for Mr. Jorfory Twyman is scheduled to appear in both Jefferson and Berkeley County Circuit Courts the morning of June 8, 2026. Counsel is available to appear on Tuesday, June 9, 2026, at 1:00 p.m.

WHEREFORE, Jorfory Twyman prays that this Court finds good cause to continue the June 8, 2026 hearing to Tuesday, June 9, 2026, at 1:00 p.m.

_____

Tracy Weese, WVSB # 5126
CJA Panel Counsel for Jorfory Twyman
POB 3254
Shepherdstown, WV 25443
(304) 264-0595/ Fax (208) 279-3329
trweese@earthlink.net
tracy@tracyweeselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed the foregoing MOTION TO CONTINUE AND RESCHEDULE ARRAIGNMENT AND DETENTION HEARING with the Clerk of Court using the CM/ECF System, which will send notice of such filing to registered CM/ECF users, including Lara Omps-Botteicher, AUSA (lara.omps-botteicher@usdoj.gov).

_____

TRACY WEESE, ESQ.
CJA panel attorney for Jorfory Twyman