## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**CRIMINAL CASE NO: 3:26CR28-2 (GROH)**

**JORFORY TWYMAN,**

Defendant.

FILED

JUN 09 2026

U.S. DISTRICT COURT - NDWV
MARTINSBURG, WV 2540

### DEFENDANT'S WAIVER OF DETENTION HEARING

I, Defendant Jorfory Twyman, have consulted with my attorney and have been advised by the Court of my right to a detention hearing.  Fully understanding, I hereby waive my right to a detention hearing in this matter.

_____
**DEFENDANT**

_____
**COUNSEL FOR DEFENDANT**

_____
**DATE**